```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )         4:00CR3006
          Plaintiff,            )
                                )
     vs.                        )         ORDER
                                )
BRYAN SCOTT RICKERT,            )
                                )
          Defendant.            )
```

   IT IS ORDERED that a revocation hearing is set to commence at **June 2, 2006** on **9:00 a.m.**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

   Dated: May 12, 2006

                              BY THE COURT

                              s/ David L. Piester
                              _____
                              United States Magistrate Judge