IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN SCOTT RICKERT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court after hearing on the
petition for warrant or summons for offender under supervision
(Filing No. 50).  Defendant appeared without counsel, and the
Court advised defendant he would continue the hearing in order
for him to retain an attorney.  Accordingly,

IT IS ORDERED:

1) The hearing on final disposition of the petition is
rescheduled for:

**Monday, June 19, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska.

2) If defendant has not obtained counsel by that date
but is still in the process, his release will be revoked and he
will be placed in custody pending disposition of the petition.

3) Pending said hearing, defendant is released on the
same terms and conditions as imposed by the Court in the Nunc Pro

Tunc Judgment in a Criminal Case (Filing No. 40) filed October 17, 2000.

DATED this 2nd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court