IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN SCOTT RICKERT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the petition for warrant or summons for offender under supervision (Filing No. 50). Defendant appeared without counsel, submitted a revised financial affidavit reflecting that he is entitled to appointment of counsel to represent him in this matter. The Court approved defendant's affidavit and request for counsel and ordered that counsel be appointed to represent him. Accordingly,

IT IS ORDERED:

1) The hearing on final disposition of the petition is rescheduled for:

**Friday, June 23, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) The Federal Public Defender shall appoint counsel to represent defendant.

3) Pending the hearing on June 23, 2006, defendant is released on the same terms and conditions as imposed by the Court

in the Nunc Pro Tunc Judgment in a Criminal Case (Filing No. 40) filed October 17, 2000.

DATED this 19th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court