IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN SCOTT RICKERT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the petition for warrant or summons for offender under supervision (Filing No. 50). Defendant has admitted Paragraphs 1 and 4 of the petition. Plaintiff has moved to dismiss Paragraphs 2 and 3. Accordingly,

IT IS ORDERED:

1) Defendant is found to be in violation of Paragraphs 1 and 4 of the petition (Filing No. 50).

2) Paragraphs 2 and 3 are dismissed.

3) Dispositional hearing is continued to:

**Friday, December 15, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4) Defendant is released on the same terms and conditions as previously set forth in the Court's nunc pro tunc judgment and committal order filed October 17, 2000. Any

further violation of those terms and conditions can and probably will result in revocation of his supervised release.

DATED this 23rd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court