IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN SCOTT RICKERT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Court has been advised that defendant has incurred additional violations of his supervised release. Accordingly,

IT IS ORDERED that the final dispositional hearing is rescheduled for:

**Tuesday, July 18, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 11th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court