IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN SCOTT RICKERT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court for final disposition of the petition filed by the probation office advising the Court that defendant was in violation of the terms of his supervised release (Filing No. 50). On June 23, 2006, the defendant admitted Paragraphs 1 and 4 of that petition. Defendant was released for final dispositional hearing to be held on December 15, 2006, in order to see if he could address his problems and comply with the terms of supervised release.

The defendant has again violated his terms of supervised release by driving under the influence of alcohol, for which he was arrested on June 24, 2006, in Hastings, Nebraska. The information furnished to the Court was that his blood alcohol was .16 which is twice the legal limit. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is revoked, and defendant is committed to the custody of the Bureau of Prisons for a term of eighteen (18) months. The Court recommends to the

Bureau of Prisons that this sentence be served at the facility at Yankton, South Dakota.

    2)  No further period of supervised release is imposed.

DATED this 18th day of July, 2006.

          BY THE COURT:

          /s/ Lyle E. Strom
          _____
            LYLE E. STROM, Senior Judge
            United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____
UNITED STATES WARDEN

By: _____
